# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| RAFAEL VEGA and<br>MARILYN RAMOS,<br><br>  Plaintiffs,<br><br>v.<br><br>RICECO INTERNATIONAL, INC.,<br>UNITED PHOSPHORUS, INC.,<br>SIDDHART BHATTACHARYA,<br>JAMES HINES and<br>PINKY BHOSH-BAGORIA,<br><br>  Defendants. | No. 2:16-cv-02593-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed July 18, 2016,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Amended Joint Stipulation of Dismissal without Prejudice (ECF No. 39), filed November 8, 2017, judgment is entered and the matter is hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

November 9, 2017
Date